UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID POSCHMANN,

        Plaintiff,

v.

                            Case No. 8:20-cv-2632-T-02TGQW

SIESTA KEY BUNGALOWS, INC,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree that the above-captioned case has been fully resolved and is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

Respectfully submitted this 15TH day of January, 2021.

| s/Lee D. Sarkin | s/Beatriz Miranda |
|---|---|
| Drew M. Levitt | Kevin D. Johnson, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 0013749 |
| drewmlevitt@gmail.com | kjohnson@johnsonjackson.com |
| Lee D. Sarkin | Beatriz M. Miranda, Esq. |
| Florida Bar No. 962848 | Florida Bar No. 0127146 |
| Lsarkin@aol.com | bmiranda@johnsonjackson.com |
| 4700 N.W. Boca Raton Boulevard | JOHNSON JACKSON, PLLC |
| Suite 302 | 100 N. Tampa St., Suite 2310 |
| Boca Raton, Florida 33431 | Tampa, Florida 33602 |
| Attorneys for Plaintiff | Attorneys for Defendant |